GRANGER & COMPANY and Another, Appellants, v. HARRY L. ALLEN, as Trustee, etc., and Others, Respondents.   HARRY L. ALLEN, as Trustee, etc., Appellant, v. CHARLES W. FINK, Respondent, and Thirty-six Other Actions Brought by the Same Plaintiff against Different Defendants.— Appeal from order entered April 27, 1924, dismissed, without costs.   See opinion by Davis, J., in *Allen* v. *Fink* (211 App. Div. 411), decided herewith.  All concur.  Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

JULIA A. WALSH, Respondent, v. GUY B. DICKISON, Appellant.— Judgment and order affirmed, with costs.  All concur, except Hubbs, P. J., who dissents. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

FREEMAN B. TATOR, Respondent, v. CHARLES F. BUELTE, Defendant, Impleaded with STRONG MOTORS, INC., Appellant.— Judgment affirmed, with costs.   All concur.   Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ROSA ROY, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

WILLIAM ROY, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

MARGELIA MOREAU, Respondent, v. JOHN C. GLAS, Appellant.— Judgment and order affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

RICE & ADAMS CORPORATION, Plaintiff, v. PERCY DILLISTIN and Another, Defendants.— Appeal dismissed, without costs, upon stipulation filed.   Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

WILLIAM E. DAVIS, Respondent, v. HENRY M. POOLE, Appellant.— Appeal dismissed, without costs, upon stipulation filed.   Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

MARY PACKARD, Respondent, v. NORTH AMERICAN COAL & COKE CO., INC., Appellant.— Appeal dismissed, without costs, upon stipulation filed.   Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conduct the Business of the Niagara Life Insurance Company.— Appeal dismissed, without costs, upon stipulation filed.   Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

CHAUNCEY W. FOWLER and Another, Respondents, v. TWO STATE PACKAGE CORPORATION, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

LOUIS KASSELL, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.   Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.